Michael J. Bettinger (SBN 122196)
mbettinger@sidley.com
Irene Yang (SBN 245464)
irene.yang@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, California  94104
Telephone: (415) 772-1200
Facsimile: (415) 772-7400

Attorneys for Plaintiff
PEBBLE TECHNOLOGY, CORP.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| PEBBLE TECHNOLOGY, CORP.,<br><br>Plaintiff,<br><br>v.<br><br>SPORTBRAIN HOLDINGS LLC,<br><br>Defendant. | Case No. 5:16-cv-00592-HRL<br><br>**JOINT MOTION FOR ENTRY OF AN ORDER REFLECTING THE STIPULATION OF DISMISSAL WITH PREJUDICE** |

      Plaintiff Pebble Technology, Corp. and defendant Sportbrain Holdings LLC, parties to this legal action, by and through their attorneys, do hereby jointly move for an order approving their stipulation as follows:

      1.    All claims are dismissed with prejudice.

      2.    Each party is to bear its own costs and attorneys' fees with respect to this legal action and the entry of this Stipulation and Order of Dismissal with Prejudice.

      3.    The Court may enter an Order adopting this Stipulation of Dismissal (with Prejudice) and Proposed Order Thereon as the Order of the Court.

1 | Dated: February 12, 2016 | Respectfully submitted,

2 | | SIDLEY AUSTIN LLP

4 | | By: /s/ Irene I. Yang

5 | | Irene I. Yang

6 | | Counsel for Plaintiff
  | | PEBBLE TECHNOLOGY, CORP.

8 | Dated: February 12, 2016 | Respectfully submitted,

9 | | RABICOFF LAW LLC

11 | | By:/s/ Isaac Rabicoff

12 | | Isaac Rabicoff
   | | *(Not yet admitted)*

14 | | Counsel for Defendant
   | | SPORTBRAIN HOLDINGS, LLC

## SIGNATURE ATTESTATION

I am the ECF User whose identification and password are being used to file the foregoing Joint Motion and [Proposed] Order For Entry of an Order Reflecting the Stipulation of Dismissal With Prejudice.  In compliance with General Order 45.X.B., I hereby attest that the other signatory has concurred in this filing.

Dated: February 12, 2016 | Respectfully submitted,

| SIDLEY AUSTIN LLP

| By:/s/ Irene I. Yang

| Irene I. Yang

| Counsel for Plaintiff
| PEBBLE TECHNOLOGY, CORP.

-2-
JOINT MOTION FOR ENTRY OF AN ORDER REFLECTING THE STIPULATION OF DISMISSAL WITH PREJUDICE