Michael J. Bettinger (SBN 122196)
mbettinger@sidley.com
Irene Yang (SBN 245464)
irene.yang@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, California  94104
Telephone: (415) 772-1200
Facsimile: (415) 772-7400

Attorneys for Plaintiff
PEBBLE TECHNOLOGY, CORP.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEBBLE TECHNOLOGY, CORP., | Case No. 5:16-cv-00592-HRL |
| Plaintiff, | |
| v. | **JOINT MOTION FOR ENTRY OF AN ORDER REFLECTING THE STIPULATION OF DISMISSAL WITH PREJUDICE** |
| SPORTBRAIN HOLDINGS LLC, | |
| Defendant. | |

Plaintiff Pebble Technology, Corp. and defendant Sportbrain Holdings LLC, parties to this legal action, by and through their attorneys, do hereby jointly move for an order approving their stipulation as follows:

1. All claims are dismissed with prejudice.

2. Each party is to bear its own costs and attorneys' fees with respect to this legal action and the entry of this Stipulation and Order of Dismissal with Prejudice.

3. The Court may enter an Order adopting this Stipulation of Dismissal (with Prejudice) and Proposed Order Thereon as the Order of the Court.

1  Dated: February 12, 2016                    Respectfully submitted,

2                                                                SIDLEY AUSTIN LLP

3

4                                                                By: /s/ Irene I. Yang_____

5                                                                    Irene I. Yang

6                                                                    Counsel for Plaintiff
                                                                     PEBBLE TECHNOLOGY, CORP.
7

8  Dated: February 12, 2016                    Respectfully submitted,

9                                                                RABICOFF LAW LLC

10

11                                                               By:/s/ Isaac Rabicoff_____

12                                                                   Isaac Rabicoff
                                                                     *(Not yet admitted)*
13

14                                                                   Counsel for Defendant
                                                                     SPORTBRAIN HOLDINGS, LLC

15

16                                   **SIGNATURE ATTESTATION**

17       I am the ECF User whose identification and password are being used to file the foregoing

18  Joint Motion and [Proposed] Order For Entry of an Order Reflecting the Stipulation of Dismissal

19  With Prejudice.  In compliance with General Order 45.X.B., I hereby attest that the other signatory

20  has concurred in this filing.

21  Dated: February 12, 2016                    Respectfully submitted,

22                                                                SIDLEY AUSTIN LLP

23

24                                                                By:/s/ Irene I. Yang_____

25                                                                    Irene I. Yang

26                                                                    Counsel for Plaintiff
                                                                      PEBBLE TECHNOLOGY, CORP.
27

28